IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| K&S INVESTMENT PROPERTY GROUP, LLC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 20-cv-2426 ) |
| WESTFIELD INSURANCE COMPANY, | ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

NOW COMES Defendant, WESTFIELD INSURANCE COMPANY ("herein after WESTFIELD"), by and through its counsel, and pursuant to 28 U.S.C. § 1446 and 1441(a) states as follows in support of its Notice of Removal:

1. On April 13, 2020, WESTFIELD acknowledged receipt of a Summons and Complaint for the state cause of action:

    *K&S Investment Property Group, LLC v. Westfield Insurance Company*, case number 2020 CH 03358, filed on March 19, 2020, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division ("Lawsuit").

2. Attached hereto as Exhibit A is a true and accurate copy of process and pleadings served upon WESTFIELD in the Lawsuit.

3. Attached hereto as Exhibit B is a true and accurate copy of WESTFIELD's appearance filed in the Circuit Court of Cook County, which is the only document filed by WESTFIELD in said lawsuit.

4. Plaintiff's Complaint alleges that Defendant WESTFIELD is an insurance company located at One Park Circle, Westfield Center, Ohio.

5. Defendant WESTFIELD was at the time of the filing of the Complaint and remains a citizen of the State of Ohio.

6. Plaintiff K&S Investment Property Group LLC is an Illinois Limited Liability Company incorporated in the State of Illinois, file number 05331765. Its principal executive office address is 1201 Kenmare Drive, Burr Ridge, Illinois 60527. Its managing member is Ivan Kazniyenko, 1201 Kenmare Drive, Burr Ridge, Illinois 60527.

7. Plaintiff's Complaint alleges damages in excess of $247,500.00 and seeks costs, statutory damages of $60,000.00 and attorneys' fees. As such, Plaintiff's damages are in excess of the jurisdictional limit.

8. There is complete diversity of citizenship between the parties, thereby vesting subject matter jurisdiction in this Court pursuant to 28 U.S.C. § 1332(a).

9. Venue lies in this Court pursuant to 28 U.S.C. §1441(a).

10. In accordance with 28 U.S.C. § 1446(a), WESTFIELD will promptly:

   a. File a file marked copy of the Notice of Removal with the Cook County, Circuit Court, Chancery Division; and

   b. Serve all parties with a file marked copy of the "Notice of Removal".

WHEREFORE, Defendant, WESTFIELD INSURANCE COMPANY, respectfully requests that this Court accept jurisdiction in this action under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332(a).

          Respectfully submitted,

          LEAHY, EISENBERG & FRAENKEL, LTD.


By:    _____
        Thomas J. Finn
        Attorney for Westfield Insurance Co.


Thomas J. Finn
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe St., Suite 1100
Chicago, IL  60603
(312) 368-4554
ARDC No.  6189092
tjf@lefltd.com